

**SO ORDERED.**
**SIGNED this 8th day of August, 2018**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION AT KNOXVILLE

In re
**ROBERT LEWIS WELCH**                                Case No. 3:18-bk-32298-SHB
**PAMELA S. WELCH**                                   Chapter 7

     **Debtors**

### AGREED ORDER GRANTING HOME FEDERAL BANK OF TENNESSEE RELIEF FROM THE AUTOMATIC STAY PERTAINING TO 4319 OLLIE DAVIS DRIVE, KNOXVILLE, TENNESSEE

On July 27, 2018, the Debtors filed their Voluntary Petition. Their Statement of Intention reflects surrender of the property securing the claim of Home Federal Bank. Based on the agreement of the Trustee, the automatic stay is modified to permit Home Federal Bank of Tennessee to enforce its Deed of Trust, recorded in Trust Book 2860, Pages 650-658, in the Office of the Register of Deeds for Knox County, Tennessee, encumbering the property at 4319 Ollie Davis Drive, Knoxville, Tennessee. However, the property at 4319 Ollie Davis Drive is not abandoned by the Trustee. Pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3), the 14-day stay period is waived.

# # #

APPROVED FOR ENTRY:

*/s/ Michael H. Fitzpatrick*
Michael H. Fitzpatrick, Trustee
(Bar Code No. 006033)
Quist, Fitzpatrick & Jarrard, PLLC
800 S. Gay Street
2121 First Tennessee Plaza
Knoxville, Tennessee 37929-9711
mhf@qcflaw.com
(865) 524-1873


*/s/ Maurice K. Guinn*
Maurice K. Guinn
(Bar Code No. 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, Tennessee 37901
mkg@tennlaw.com
(865) 525-5300
Attorneys for Home Federal Bank of Tennessee

*MKG/bd:Pleadings – 1965.231 Agreed Order for Stay Relief re Robert Lewis Welch 08-07-2018*